UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
- - - - - - - - -

UNITED STATES OF AMERICA,

                Plaintiff,                    Case No. 1:15-cr-229

      vs.                                Hon. Janet T. Neff
                                             U.S. District Judge

SOTERO M. URETA

                Defendant.

_____/

## MOTION TO DISMISS

Pursuant to Rule 48(a) of the Federal Rule of Criminal Procedure, the United States moves for leave of court to dismiss the pending indictment against Sotero M. Ureta with prejudice.   This motion to dismiss results from a global settlement agreement addressing this criminal case, the related pending civil complaint, Case No. 1:11-cv-1051, and corresponding administrative sanctions entered into by Sotero M. Ureta, the United States Attorney's Office, the Department of Health and Human Services - Office of Inspector General, the State of Michigan, and the qui tam relators.   The undersigned counsel has consulted with defense counsel who concurs in this motion.

                                      Respectfully submitted,

                                      PATRICK A. MILES, JR.
                                      United States Attorney

Date:   January 6, 2017                  */s/ Raymond E. Beckering III*
                                      RAYMOND E. BECKERING III
                                      Assistant United States Attorney
                                      P.O. Box 208
                                      Grand Rapids, Michigan 49501-0208
                                      (616) 456-2404